# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CARLOS ROBERTO RAMIREZ-RAMOS,<br><br>　　　　　　Defendant. | Case No.: 15-CR-3177-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 19] |

　　Upon motion of the United States of America and good cause appearing,

　　**IT IS HEREBY ORDERED** that the INDICTMENT in the above-entitled case be dismissed without prejudice.

　　**IT IS SO ORDERED.**

DATED: DECEMBER 30, 2015

　　　　　　　　　　　　　　　　　　_/s/ Michael M. Anello_
　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge